# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJO CESAREO-AYALA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-6658 RGK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Memorandum and Order Dismissing Successive 28 U.S.C. § 2255 Motion Erroneously Styled as 28 U.S.C. § 2241 Petition.

Dated: August 24, 2011

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE